UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| THEODORE HOOKS, | ) | |
| Plaintiff, | ) | 2:10-cv-1547-KJD-LRL |
| vs. | ) | |
| THE VENETIAN, etc., | ) | O R D E R |
| Defendant, | ) | |

This matter was referred to the undersigned Magistrate Judge to conduct an Early Neutral Evaluation hearing. *See*, Notice (#2). Good cause appearing therefore,

IT IS HEREBY ORDERED that a status hearing is scheduled for October 22, 2010, at 10:30 AM in courtroom3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that only Plaintiff, Theodore Hooks, is required to appear in Court for this hearing. Plaintiff is advised that failure to appear for this hearing may result in a recommendation that this case be dismissed.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the Plaintiff by certified mail, return receipt requested.

DATED this   27th   day of September, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge