UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THEODORE HOOKS, | |
| Plaintiff, | 2:10-cv-1547-KJD-LRL |
| vs. | |
| THE VENETIAN, etc., | O R D E R |
| Defendant, | |

On September 27, 2010, the Court entered an Order (#3) scheduling a status hearing in this case. Upon review, the Court finds that this Order (#3) was inadvertently entered. Therefore,

IT IS HEREBY ORDERED that the Court's Order (#3) is VACATED. The status hearing scheduled for October 22, 2010, is vacated and shall not be rescheduled.

DATED this  29th   day of September, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge